Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wimper   v.   The Department of the Army

No. 15-3061

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [xxx] As counsel for:   Dwight Wimper
                                        Name of party

I am, or the party I represent is (select one):

[xxxx] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant       [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:              Kelly Burchell
Law firm:          BGM Law PLLC
Address:           1350 Connecticut Avenue Northwest, Suite 850
City, State and ZIP: Washington, District of Columbia 20036
Telephone:         202-505-3896
Fax #:             202-315-3807
E-mail address:    Kelly.Burchell@BGM-Law.com

Statement to be completed by counsel only (select one):

[xxxx] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  10/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [xxx] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 27, 2015                         _Kelly Burchell_ (signature)
Date                                     Signature of pro se or counsel

cc:  James R. Sweet

123

Form 30

**FORM 30.** *Certificate of Service*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  James R. Sweet
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Kelly Burchell | /s/ Kelly Burchell |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: BGM Law PLLC

Address: 1350 Connecticut Avenue, Northwest, Suite 850

City, State, ZIP: Washington, District of Columb ia 20036

Telephone Number: 202-505-3896

FAX Number: 202-315-3807

E-mail Address: Kelly.Burchell@BGM-Law.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.